On respondent's petition for reconsideration filed May 26, and appellant's response to the state's petition for reconsideration filed June 1, motion for relief from default granted; reconsideration allowed; former disposition (201 Or App 58, 116 P3d 935) withdrawn; affirmed August 2, petition for review denied November 21, 2006
(342 Or 46)

STATE OF OREGON,
*Respondent,*

*v.*

BRYON SCOTT MOODY,
aka Brian Moody,
*Appellant.*

00FE0012; A116566

140 P3d 1171

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Jamesa J. Drake, Deputy Public Defender, for response.

Before Wollheim, Presiding Judge, and Edmonds and Linder, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).